UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2419 (MJD/JGL)

TYRONE ROBINSON, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

PREFERRED MANAGEMENT SERVICES, INC., et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one week;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to April 1, 2001;

3. Plaintiffs shall disclose all expert witnesses by June 1, 2001, and reports by August 1, 2001; Defendants shall disclose all expert witnesses by July 1, 2001, and reports by September 1, 2001;

4. The period during which the parties may seek discovery shall be completed by October 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to November 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to February 1, 2002; and

7. This case will be considered "ready for trial" as of February 1, 2002.

DATED: February 28, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED FEB 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-2419 (MJD/JGL)

TYRONE ROBINSON, et al.,

Plaintiffs,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

PREFERRED MANAGEMENT SERVICES, INC., et al.,

Defendants.

A settlement conference has been scheduled in the above-referenced matter for **Friday, April 13, 2001, at 9:00 a.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: February 28, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

**Notice mailed to:**

John Catron, Esq.
Joseph Twomey, Esq.
Suite 250
3900 Northwoods Drive
St. Paul, MN 55112-6973

Louis Speltz, Esq.
Suite 4800
90 South Seventh Street
Minneapolis, MN 55402

Robin Williams, Esq.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

Filed __________
Francis E. Dosal, Clerk
Judgment Entd. __________
Deputy Clerk __________