**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Tyrone Robinson, individually and as parent and natural guardian of Tyshawn Robinson; Mollie Robinson, individually and as mother and natural guardian of Sakira Glass,
Plaintiffs,

vs.

Preferred Management Services, Inc., a Minnesota corporation; 806 N. Hazel, Ltd., a Minnesota limited partnership; Patrick A. Hilyar; Carolyn Hilyar; and Mark Jolicoeur,
Defendants.

**Court File: 00-2419 MJD/JGL**

**ORDER APPROVING MINOR SETTLEMENT AND ORDER FOR JUDGMENT**

---

The above-entitled matter was presented to the undersigned on 7/30/01 for an Order Approving Minor Settlement. Based on the Petition for Approval of Minor Settlement and upon all the files, records, and proceedings herein:

IT IS HEREBY ORDERED:

1. That the Settlement, as set forth in the General Release attached as Exhibit A to the Petition for Approval of Minor Settlement, be and hereby is approved.

2. That petitioners are authorized and directed to settle their claims and the claims of the minor children against defendants as more fully set forth in the Petition and the General Release attached to the Petition as Exhibit A.



**CONFIDENTIAL: Filed Under Seal.**

FILED JUL 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

14

3. That petitioners are authorized and ordered to deduct from said settlement amount and pay to the Minnesota Department of Human Resources the sum of One Thousand Dollars and 00/100 ($1,000.00) as full satisfaction of the Minnesota Department of Human Resources' potential medical lien.

4. That petitioners are authorized and ordered to deduct from said settlement amount and pay to Hansen, Dordell, Bradt, Odlaug & Bradt P.L.L.P. the sum of Six Thousand Eight Hundred Dollars and 00/100 ($6,800.00) as attorney's fees.

5. That petitioners are authorized and ordered to deduct from said settlement amount and pay to Hansen, Dordell, Bradt, Odlaug & Bradt P.L.L.P. the sum of Three Hundred Ninety-One Dollars and 00/100 ($391.00) for their costs and out-of-pocket expenses as set forth in the Petition.

6. That petitioners are authorized and ordered to deduct from said settlement amount the sum of Two Thousand Five Hundred Dollars and 00/100 ($2,500.00) for deposit in TCF Bank, 100 West County Road B, Maplewood, Minnesota, a bank where said deposit will be fully covered by the Federal Deposit Insurance.

7. The deposit shall remain with TCF Bank, 100 West County Road B, Maplewood, Minnesota, until July 10, 2006, at which time Sakira Glass shall reach the age of majority. Time deposits shall be established with the majority date on or before that date. If automatically renewing instruments of deposit are used, the final renewal period shall be limited to the date of the age of majority. On the date of the age of majority, TCF Bank, 100

West County Road B, Maplewood, Minnesota, is hereby authorized to release the funds to Sakira Glass upon presentation of the deposit book or other deposit document that has been obtained from the Court Administrator, without further order of this court.

8. That petitioners are authorized and ordered to deduct from said settlement amount the sum of Two Thousand Five Hundred Dollars and 00/100 ($2,500.00) for deposit in TCF Bank, 100 West County Road B, Maplewood, Minnesota, a bank where said deposit will be fully covered by the Federal Deposit Insurance.

9. The deposit shall remain with TCF Bank, 100 West County Road B, Maplewood, Minnesota, until March 25, 2012, at which time Tyshawn Robinson shall reach the age of majority. Time deposits shall be established with the majority date on or before that date. If automatically renewing instruments of deposit are used, the final renewal period shall be limited to the date of the age of majority. On the date of the age of majority, TCF Bank, 100 West County Road B, Maplewood, Minnesota, is hereby authorized to release the funds to Tyshawn Robinson upon presentation of the deposit book or other deposit document that has been obtained from the Court Administrator, without further order of this court.

10. That the deposit books or other deposit instruments shall be transmitted by TCF Bank, 100 West County Road B, Maplewood, Minnesota, to the Court Administrator for safekeeping within five (5) days after its receipt of the deposits.

11. That TCF Bank, 100 West County Road B, Maplewood, Minnesota, shall not make any disbursement from the deposits except upon order of the court.

12. That a copy of the court's Order shall be delivered to TCF Bank, 100 West County Road B, Maplewood, Minnesota, with a tax identification number or a Social Security number for both Sakira Glass and Tyshawn Robinson.

13. That Tyrone and Mollie Robinson, as parents and natural guardian of Tyshawn Robinson and Mollie Robinson, as parent and natural guardian of Sakira Glass, minors, are authorized and ordered to execute the documents entitled "General Release," attached to the Petition as Exhibit A.

14. That the petitioners and defendants shall comply with all terms of the General Release attached as Exhibit A to the Petition.

15. That the terms of the General Release and Court approval of the petition for approval of Minor Settlement are confidential. That the Petition for Approval of Minor Settlement, the exhibit affixed to the Petition, and this Order shall be filed under seal.

Dated: July 30, 2001

Jonathan Lebedoff
United States Magistrate Judge



CONFIDENTIAL: Filed Under Seal.