**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Court File: 00-2419 MJD/JGL**

Tyrone Robinson, individually and as parent and natural guardian of Tyshawn Robinson; Mollie Robinson, individually and as mother and natural guardian of Sakira Glass,

Plaintiffs,

vs.

Preferred Management Services, Inc., a Minnesota corporation; 806 N. Hazel, Ltd., a Minnesota limited partnership; Patrick A. Hilyar; Carolyn Hilyar; and Mark Jolicoeur,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiffs may be, and hereby is, dismissed on its merits and with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

HANSEN, DORDELL, BRADT, ODLAUG & BRADT, PLLP

Dated: 8/15/01

By ____________________
J. Mark Catron (License #15829)
Joseph Twomey (License #271160)
Attorneys for Plaintiffs
3900 Northwoods Drive, #250
St. Paul, MN 55112-6973
(651) 482-8900

FILED SEP 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 8/31/01

By [signature]
Louis J. Speltz (License #152912)
Robin Ann Williams (License #242664)
Attorneys for Defendants
3550 Multifoods Tower, 33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on all its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**BY THE COURT:**

Dated: Sept 19, 2001

[signature]
Judge of District Court

283287

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500