# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Tyrone Robinson, individually and as parent and as natural guardian of Tyshawn Robinson; Mollie Robinson, individually and as mother and natural guardian of Sakira Glass,

Plaintiffs,

Case No. Civil 00-2419 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Preferred Management Services, Inc., a Minnesota corporation; 806 N Hazel, Ltd., a Minnesota limited partnership; Patrick A. Hilyar; Carolyn Hilyar; and Mark Jolicoeur,

Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that judgment shall be entered dismissing the Complaint on all its merits with prejudice and without costs, disbursements or attorney's fees to any party.**

DATE: September 19, 2001

RICHARD D. SLETTEN, CLERK

E Knoblauch

E. Knoblauch, Deputy Clerk

17